

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CR-309-PMP-PAL |
| Plaintiff, ) | |
| vs. ) | |
| MARY NANCY SCHULTZ, ) | |
| Defendant. ) | |

# ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#22) on July 15, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: Bank of America
**Total Amount of Restitution Ordered: $331,225.66**

Dated this ___21___ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE